App. Div.]　　　　　　First Department, October, 1927.

EMMA CRAGIN, Appellant, v. WILLIAM B. CRAGIN, Respondent.— Order affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CEDAR BROOK CORPORATION, Plaintiff, v. GYLMANN REALTY COMPANY and Others, Defendants. COMMERCE CORPORATION OF AMERICA, Respondent; COMMONWEALTH BANK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; McAvoy, J., dissents.

JAMES GLYNN, Respondent, v. CHARLES A. ANDRESS, Defendant, Impleaded with HELEN PAPKE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ALEX GUBERNICK, Respondent, v. JOSEPH FRIEDMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WINFIELD S. EWING and Another, as Copartners, etc., Respondents, v. SAMUEL HELLMAN and Another, as Copartners, etc., Defendants (J. & H. GOODWIN, LTD., Appellant). — Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MINNIE KANRICH, as Executrix, etc., of SAMUEL KANRICH, Deceased, Respondent, v. BERNARD L. KANRICH, as Surviving Partner, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BERTHA KADEN, Respondent, v. BLUE RIDGE COAL CORPORATION and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GEORGE GILLMAN, Doing Business, etc., Respondent, v. BROAD BROOK COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between BELMONT ELECTRIC Co., INC., Respondent, and ONYX CONSTRUCTION CORPORATION, Appellant, under an Agreement to Arbitrate.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between BELMONT ELECTRIC Co., INC., Respondent, and ONYX CONSTRUCTION CORPORATION, Appellant, under an Agreement to Arbitrate.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JULIUS C. BERNHEIM, Respondent, v. PACIFIC FIRE INSURANCE COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EMPIRE CITY SAVINGS BANK, Respondent, v. ALICE McGREW, Appellant, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements. No